**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**February 20, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

RUBEN ORTIZ-MORENO,

    Defendant - Appellant.

No. 25-3162
(D.C. No. 6:24-CR-10079-JWB-1)
(D. Kan.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.[**]
_____

Ruben Ortiz-Moreno entered a conditional plea of guilty to violating 18 U.S.C.

§ 922(g)(5), reserving the right to appeal the district court's denials of motions to

dismiss that asserted Commerce-Clause and Second-Amendment challenges to

section 922(g)(5). Mr. Ortiz-Moreno filed this appeal, and this matter is now before

the court on Mr. Ortiz-Moreno's _Motion for Summary Disposition/Affirmance_. Mr.

Ortiz-Moreno concedes that the issues raised in his appeal are foreclosed by _United_

_States v. Patton_, 451 F.3d 615, 634-635 (10th Cir. 2006) (Commerce Clause), and

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

[**] Because this matter is being decided on an unopposed motion for summary affirmance, the panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. _See_ Fed. R. App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore submitted without oral argument.

*United States v. Duque-Ramirez*, 161 F.4th 1237, 1252 (10th Cir. 2025) (Second Amendment), but notes that he preserves his Commerce-Clause and Second Amendment claims for further review in the United States Supreme Court. Appellee United States does not oppose the motion.

Upon consideration, Appellant Ortiz-Moreno's unopposed *Motion for Summary Disposition/Affirmance* is GRANTED.

The judgment of the district court is AFFIRMED.

Entered for the Court

Per Curiam